# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Janell Salgado, Administrator of the Estate of Victor Angel Flores, deceased

**DEFENDANTS**
John, James, and Mary Doe, individually and as agents/employees of the City of Chicago and City of Chicago, a municipal corporation

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED: MAY 16, 2008
08 cv 2878  JH
JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Bryan J. O'Connor Jr. of Baal & O'Connor
221 N. LaSalle Street, Suite 2600, Chicago, IL 60601
312-236-1814

**II. BASIS OF JURISDICTION**: [X] 3 Federal Question (U.S. Government Not a Party)

**IV. NATURE OF SUIT**: [X] 440 Other Civil Rights

**V. ORIGIN**: [X] 1 Original Proceeding

**VI. CAUSE OF ACTION**: 42 U.S.C. 1983 --- violations of constitutional rights and wrongful death while in custody of Chicago Police Dept.

**VIII. REQUESTED IN COMPLAINT**: DEMAND $ >$100,000.00

**IX. This case**: [X] is not a refiling of a previously dismissed action.