# United States District Court for the Northern District of Illinois

Case Number: 08CV2878          Assigned/Issued By: DAJ

Judge Name:                    Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

**ISSUANCES**

☑ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on _05/28/08_ as to _CITY OF CHICAGO_
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05