IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANELL SALGADO, | ) | |
| | ) | 08 C 2878 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Gottschall |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Mason |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

**TO**:   Bryan John O'Connor, Jr.
Baal & O'Connor
221 North LaSalle Street, Suite 2600
Chicago, Illinois 60601

  **PLEASE TAKE NOTICE** that on June 27, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, this **MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto.

  **PLEASE TAKE FURTHER NOTICE** that on **July 3, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall, or any judge sitting in her stead, in the courtroom occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present the attached motion.

  I hereby certify that I have served this notice and the attached document by electronic means to the person named above this 27th day of June, 2008.

                     By: **/s/ *Megan K. McGrath***
                        Megan K. McGrath
                        Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-8369
Attorney No. 06288408