UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Janell Salgado
           Plaintiff,

v.                                  Case No.: 1:08−cv−02878
                                      Honorable Joan B. Gottschall

John Doe, et al.
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Agreed motion by City of Chicago for extension of time to answer or otherwise plead to Plaintiff's complaint by 8/8/08 [16] is granted. Counsel is reminded that Judge Gottschall no longer hears motions on Wednesday. Motions should be noticed up for Thursday at 9:30AM with three business days notice. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.