IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JANELL SALGADO,** )<br>) 08 C 2878<br>**Plaintiff,** )<br>)<br>vs. ) Judge Gottschall<br>)<br>**CITY OF CHICAGO, et al.,** )<br>) Magistrate Judge Mason<br>**Defendants.** ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   Bryan O'Connor, Jr.
      Baal & O'Connor
      221 N. LaSalle St.
      Suite 2600
      Chicago, IL 60601

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S RESPONSE TO PLAINTIFF'S MOTION FOR A CONTINUANCE.**
   I hereby certify that I have served this notice and attached document by causing it to be delivered via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files on 2 SEPT 08, in accordance with the rules on electronic filing of documents.

                                  Respectfully submitted,
                                  /s/ SanjayPatel
                                   SANJAY H. PATEL
                                  Assistant Corporation Counsel
                                  30 N. LA SALLE ST., SUITE 1400
                                  CHICAGO, ILLINOIS  60602
                                  (312) 742-3902
                                  ATTORNEY NO. 06272840