UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANELL SALGADO, Administrator of the Estate of VICTOR ANGEL FLORES, deceased,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN, JAMES and MARY DOE, individually and as agents/employees of CITY OF CHICAGO, and CITY OF CHICAGO, a municipal corporation;<br><br>            Defendants, | Case No.  08 C 2878<br>Judge Gottschall<br>Magistrate Judge Mason |

## NOTICE OF MOTION

TO:   Megan K. McGrath
        Corporation Counsel of City of Chicago
        30 N. LaSalle St., #1020
        Chicago, IL 60602

On **September 18, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Joan B. Gottschall, Room 2235** or any judge sitting in her stead, at 219 South Dearborn, Chicago, Illinois, and then and there present the attached **Motion to Continue or for alternative relief**

s/Bryan J. O'Connor Jr.
**Bryan J. O'Connor Jr.**
**BAAL & O'CONNOR**
221 N. LaSalle Street, 26th Floor
Chicago, IL  60601
(312) 236-1814

## PROOF OF FILING

The undersigned, being first duly sworn on oath, deposes and states that he filed (via the electronic filing system of the Northern District of Illinois) a copy of this notice and the corresponding motion on the 8th day of September, 2008.

s/Bryan J. O'Connor Jr.
BRYAN J. O'CONNOR JR.